# RECONSIDERATION DOCKET

**96–1388.  State ex rel. Crawford v. Indus. Comm.**
Franklin App. No. 95APD10–1340.  Reported at 83 Ohio St.3d 526, 700 N.E.2d 1262.  On motion for reconsideration.  Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–96.  State ex rel. RMI Titanium Co. v. Indus. Comm.**
Franklin App. No. 96APD08–1043.  Reported at 83 Ohio St.3d 546, 700 N.E.2d 1277.  On motion for reconsideration.  Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–1146.  State v. Wogenstahl.**
Hamilton App. No. C–930222.  Reported at 83 Ohio St.3d 516, 700 N.E.2d 1254.  On motion for reconsideration.  Motion denied.

**98–1523.  Hall v. Forsyth.**
Montgomery App. No. 17014.  Reported at 84 Ohio St.3d 1407, 701 N.E.2d 1018.  On motion for reconsideration.  Motion denied.

**98–1524.  State v. Hughes.**
Stark App. No. 1997CA00356.  Reported at 84 Ohio St.3d 1411, 701 N.E.2d 1020.  On motion for reconsideration.  Motion denied.

PFEIFER, J., dissents.

**98–1603.  Zengler v. Smith.**
Stark App. No. 97CA0399.  Reported at 83 Ohio St.3d 1471, 701 N.E.2d 379.  On motion for reconsideration.  Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**98–1654.  Painesville Twp. Bd. of Trustees v. Painesville.**
Lake App. No. 97–L–090.  Reported at 83 Ohio St.3d 1475, 701 N.E.2d 381.  On motion for reconsideration.  Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1672.  Bowersock v. Bowersock.**
Allen App. No. 1–98–10.  Reported at 84 Ohio St.3d 1408, 701 N.E.2d 1018.  On motion for reconsideration.  Motion denied.